statutory notice by mailing it to defendant's attorney and to defendant at both his last address and at the Erie County Holding Center (*see, People v Bourdon,* 255 AD2d 619, 620, *lv denied* 92 NY2d 1028). The verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). The court properly denied defendant's motion to suppress the showup identification. Defendant was apprehended a short distance from the crime scene, and the showup was conducted at the crime scene less than 30 minutes after the burglary. "The circumstances that defendant was handcuffed behind his back and in the presence of police officers, and that the complainant was told that he would be viewing a suspect, did not render the procedure unduly suggestive" (*People v Edwards,* 259 AD2d 343, 344, *lv denied* 93 NY2d 969). The sentence is not unduly harsh or severe. (Appeal from Judgment of Erie County Court, D'Amico, J.—Burglary, 2nd Degree.) Present—Green, J. P., Pine, Hayes, Wisner and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GONZALEZ, Appellant. (Appeal No. 1.) [720 NYS2d 883] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that County Court erred in failing to grant him youthful offender status on his convictions of attempted burglary in the third degree (Penal Law §§ 110:00, 140.20) and bail jumping in the second degree (Penal Law § 215.56). Defendant failed to preserve that contention for our review by failing "to object or to move to withdraw his plea[s] on this ground" (*People v Granton,* 236 AD2d 624, 625, *lv denied* 89 NY2d 1012; *see, People v Wright,* 269 AD2d 829, *lv denied* 94 NY2d 946, 950, 954). In any event, the court did not abuse its discretion in failing to adjudicate defendant a youthful offender (*see, People v Williams,* 204 AD2d 1002, *lv denied* 83 NY2d 973). (Appeal from Judgment of Genesee County Court, Griffith, J.—Attempted Burglary, 3rd Degree.) Present—Green, J. P., Pine, Hayes, Wisner and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GONZALEZ, Appellant. (Appeal No. 2.) [719 NYS2d 911] —Judgment unanimously affirmed. Same Memorandum as in *People v Gonzalez* (280 AD2d 980 [decided herewith]). (Appeal from Judgment of Genesee County Court, Griffith, J.—Bail Jumping, 2nd Degree.) Present—Green, J. P., Pine, Hayes, Wisner and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG BRANTLEY, Appellant. [720 NYS2d 420] —Judgment unanimously affirmed. Memorandum: County Court did not